# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   CALIFORNIA

FILED
08 JUN 12 AM 10: 06
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___CP___ DEPUTY

In the Matter of the Search of
(Name, address, or brief description of person, property or premises to be searched)

**SEARCH WARRANT**

CASE NUMBER: '08 MJ 1713

One Samsung
Model Number SGH-C166
Serial Number RC2Q135447Y08.01
FCC ID Number   A3LSGHC166

TO: Senior Patrol Agent Benjamin F. Morrow and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Benjamin F. Morrow who has reason to believe that ☐ on the person of or ☐ on the premises known as or ☐ in the property described as (name, description and/or location)

**SEE ATTACHMENT A, incorporated as part of warrant**

In the Southern District of California
there is now concealed a certain person or property, namely (describe the person or property to be seized)

**SEE ATTACHMENT B, incorporated as part of warrant**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before        6/9/08
                                                      (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Jan M. Adler, U.S. Magistrate Judge, Southern District of California, as required by law.

5/30/08 @ 9:52 a.m.
Date and Time Issued

JAN M. ADLER
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

AT   SAN DIEGO, CALIFORNIA
     City and State

[Signature]
Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/30/08 | 6/6/08 12:45am | David Marshall / SAC ISO Digital Forensics |

**INVENTORY MADE IN PRESENCE OF**
David Marshall

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

One Samsung cellular phone
model number SGH-C166
Serial number RC2Q135447408.01
FCC ID number A3LSGHC166

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

John R. Haik, Supervisory Border Patrol Agent     6/9/08
~~Benjamin F. Morrow, Senior Patrol Agent~~     Date
U.S. Customs & Border Protection/Border Patrol

Subscribed, sworn to, and returned before me this date _____
The Honorable Jan M. Adler     6/9/08
U.S. Magistrate Judge     Date